**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

SHAWN JOY BURKHALTER, ET AL.      CIVIL ACTION

VERSUS     NO. 18-581-SDD-RLB

911 RESTORATION OF BIRMINGHAM, INC., ET AL.

## RULING

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *Motion for Summary Judgment*[1] was electronically filed by Defendants, Auto-Owners Insurance Company, and its subsidiary, Owners Insurance Company ("Defendants"), on May 21, 2019. A review of the record shows that far more than twenty-one (21) days have elapsed since the filing of this motion, and no memorandum in opposition has been submitted to date. Further, the record reveals that Plaintiff has not sought an extension of time to oppose Defendant's motion.

Therefore, this *Motion* is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit as a matter of law based on the evidence submitted by Defendants and because the *Statement of Undisputed Facts*[2] filed by Defendants are uncontroverted and, therefore, deemed admitted. Accordingly,

---

[1] Rec. Doc. No. 42.
[2] Rec. Doc. No. 42-1.
Document Number: 52719

**IT IS HEREBY ORDERED** that the *Motion Summary Judgment*[3] is GRANTED, and Plaintiff's claims against Auto-Owners Insurance Company, and its subsidiary, Owners Insurance Company are dismissed with prejudice.

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original *Motion*.

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed.[4] A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 23rd day of July, 2019.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. No. 42.
[4] *See* Fed. R. Civ. P. 16, 83.
Document Number: 52719